UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GIGI'S CUPCAKES LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:17-CV-3009-B |
| | § | |
| 4 BOX LLC, NIKOLAS PAPPAS, and LORAINE PAPPAS, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF CONSOLIDATION

The Court presently has ten actions on its docket filed by Gigi's Cupcakes LLC alleging breach of Unit Franchise Agreements against various franchisees and seeking declaratory judgment. The Court held a status conference hearing for those cases on January 31, 2018. As addressed at that hearing, the Court concludes that all ten cases involve common questions of law and fact and consolidation under Federal Rule of Civil Procedure 42(a) is appropriate. Accordingly, the Court enters this Order to **CONSOLIDATE** the following cases for pretrial proceedings. *See Castaneda v. Swift Transp. Corp.*, EP-07-CV-369-DB, 2009 WL 10669207, at *2 (W.D. Tex. July 16, 2009) (internal citations and quotations omitted) ("Thus, Rule 42(a) contemplates consolidation for purposes of particular segments of the litigation, such as pretrial proceedings.").

1. 3:17-cv-3009-B
2. 3:17-cv-3010-B
3. 3:17-cv-3011-B
4. 3:17-cv-3012-B
5. 3:17-cv-3013-B
6. 3:17-cv-3014-B
7. 3:17-cv-3015-B
8. 3:17-cv-3016-B

9.   3:17-cv-3017-B
10.  3:17-cv-3018-B

All future pretrial filings shall be filed in 3:17-cv-3009-B. The Court **DIRECTS** the Clerk to administratively close all other cases listed above. United States Magistrate Judge Renee H. Toliver, currently assigned to 3:17-cv-3009-B, will continue as the Magistrate Judge in this consolidated action.

**SO ORDERED.**

**SIGNED: January 31, 2018.**

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE