## IN THE UNITED STATE DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| GIGI'S CUPCAKES, LLC | ) ) ) ) | **Civil Action No.** 3:17-cv-03009<br>Consolidated with:<br>  3:17-cv-3010-B |
| Plaintiff, | ) ) | 3:17-cv-3011-B<br>3:17-cv-3012-B |
| v. | ) ) | 3:17-cv-3013-B<br>3:17-cv-3014-B |
| 4 BOX, LLC, NIKOLAS PAPPAS, AND<br>LORAINE PAPPAS | ) ) ) | 3:17-cv-3015-B<br>3:17-cv-3016-B<br>3:17-cv-3017-B |
| Defendants. | ) ) | 3:17-cv-3018-B |

### MOTION FOR LEAVE TO ENTER AGREED PROTECTIVE ORDER

Plaintiff Gigi's Cupcakes, jointly with Defendants 4 Box LLC, *et al*, hereby move for leave for entry of the attached Agreed Protective Order in order to facilitate motion practice. The parties anticipate the potential exchange of confidential, propriety and sensitive information. In order to protect the confidentiality of any information exchanged, the parties have agreed to the entry of the attached protective order. Further, good cause exists to protect any confidential, proprietary and sensitive information. For these reasons, and pursuant to this Court's Electronic order dated February 1, 2018, Plaintiff and Defendants respectfully request the court enter the Agreed Protective Order.

Dated: February 26, 2018

Respectfully submitted,

| | |
|---|---|
| WINSTON & STRAWN LLP | COHEN, LLC |
| By:/s/ *John C.C. Sanders, Jr.* | By:/s/ *Jeffrey Cohen* |
| John C.C. Sanders, Jr.<br>Texas Bar No. 24057036<br>jsanders@winston.com<br>Rebecca M. Loegering<br>Texas Bar No. 24098008<br>rloegering@winston.com<br>2501 N. Harwood St., 17th Floor<br>Dallas, Texas 75201<br>Telephone:  214-453-6500<br>Telecopy:   214-453-6400<br>*Counsel for Gigi's Cupcakes, LLC* | James E. Davis<br>State Bar No. 05504200<br>jdavis@fbfk.law<br>FERGUSON BRASWELL FRASER KUBASTA PC<br>2500 Dallas Parkway, Suite 600<br>Plano, Texas 75093<br>Telephone: 972-378-9111<br>Fax: 972-378-9115<br><br>Jeffrey Cohen*<br>Cohen, LLC<br>Colorado State Bank Building<br>1600 Broadway, Suite 1660<br>Denver, CO.  80202<br>jcohen@cohentrial.com<br>Telephone: 303-524-3636<br>*Pro Hac Vice<br>*Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 26, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                                                                          */s/John C.C. Sanders, Jr.*_____
                                                                          John C.C. Sanders, Jr.